IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN L. HADLEY and CAROLYN A. HADLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WBI ENERGY TRANSMISSION, INC., MONTANA-DAKOTA UTILITIES CO., MDU RESOURCES GROUP, INC., <br><br> Defendants. | CV 15-134-BLG-SPW-TJC <br><br> ORDER |

The parties have filed a joint motion to reschedule the settlement conference scheduled for December 16, 2016. Accordingly, and good cause appearing,

IT IS ORDERED that the December 16, 2016, settlement conference is VACATED.

IT IS FURTHER ORDERED that a telephonic scheduling conference for the purpose of selecting a new date for the settlement conference is set for December 15, 2016, at 9:30 a.m. All counsel shall call 1-877-336-1839 at the designated time to participate in the scheduling conference. When prompted, enter the access code 7360693 followed by #.

DATED this 14th day of December, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge