FILED

JAN 2 5 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN L. HADLEY and CAROLYN A. HADLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WBI ENERGY TRANSMISSION, INC., MONTANA-DAKOTA UTILITIES CO., MDU RESOURCES GROUP, INC.,<br><br>Defendants. | CV 15-134-BLG-SPW<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

DATED this 25th day of January, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge