IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN L. HADLEY and CAROLYN A. HADLEY, JARRETT HADLEY and ROBYN HADLEY, | CV 15-134-BLG-SPW |
| Plaintiffs, | ORDER |
| vs. | |
| WBI ENERGY TRANSMISSION, INC., MONTANA-DAKOTA UTILITIES CO., MDU RESOURCES GROUP, INC., | |
| Defendants. | |

Upon the Stipulation of Dismissal (Doc. 75), between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause, including all claims and counterclaims are DISMISSED WITH PREJUDICE.

DATED this 10th day of March, 2017.

SUSAN P. WATTERS
United States District Judge